UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Klein, Robert | § § | Case No. 17-13555 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2017. The undersigned trustee was appointed on 04/28/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 750.00 |
| Bank Service Fees | | 46.70 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 19,203.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/07/2017 and the deadline for filing governmental claims was 10/25/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,258.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,258.21, for a total compensation of $2,258.21. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $33.25 for total expenses of $33.25

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.

Date :  01/16/2018       By :  /s/ Elizabeth C. Berg
                                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-13555  
Case Name: Klein, Robert  
For Period Ending: 01/16/2018  

Judge: Janet S. Baer  

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 04/28/2017 (f)  
341(a) Meeting Date: 06/05/2017  
Claims Bar Date: 09/07/2017  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 511 W. Thornwood Dr. | 320,000.00 | 20,500.00 | | 17,993.43 | FA |
| 2. 431 Addison | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 396 McClure Ave | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Necessary Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 7. Checking, savings at Chase | 500.00 | 0.00 | | 0.00 | FA |
| 8. Checking Checking at Fifth Third Bank for rental properties | 500.00 | 500.00 | | 500.00 | FA |
| 9. Checking Checking at Kane County Teachers Credit Union | 187.67 | 187.67 | | 187.67 | FA |
| 10. Money Market Chase Bank | 150.00 | 150.00 | | 150.00 | FA |
| 11. RJK LTD - Law Office % | 0.00 | 0.00 | | 0.00 | FA |
| 12. SEP IRA | 117,148.22 | 0.00 | | 0.00 | FA |
| 13. 2012 Chrysler 300c | 14,500.00 | 1,330.00 | | 1,168.90 | FA |
| 14. 2001 Toyota Landcruiser | 5,500.00 | 0.00 | | 0.00 | FA |
| 15. 1/2 interest in Furniture, Furnishings and Supplies | 750.00 | 0.00 | | 0.00 | FA |
| 16. Television, misc electronics | 300.00 | 0.00 | | 0.00 | FA |
| 17. Sports Jerseys | 350.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)                                       Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-13555 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Klein, Robert | | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| | | | | 341(a) Meeting Date: | 06/05/2017 |
| For Period Ending: | 01/16/2018 | | | Claims Bar Date: | 09/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 695,885.89 | 22,667.67 | | 20,000.00 | 0.00 |

Re Prop. #1    Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #2    Abandoned per order 7/21/17 [dkt 32]
Re Prop. #3    Abandoned per order 7/21/17 [dkt 32]
Re Prop. #8    Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #9    Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #10   Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #13   Sold back to Debtor per order 7/21/17 [dkt 31]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 28, 2017:  Trustee reviewed and verified claims; Trustee prepared her TFR.

September 30, 2017:  Trustee collected sales proceeds.  Following expiration of the governmental bar date on 10/25/17, Trustee will review claims and prepare her TFR.

July 3, 2017:  Trustee sold interest in real and personal property back to Debtor for $20,000.

**Initial Projected Date of Final Report(TFR) :** 12/31/2017    **Current Projected Date of Final Report(TFR) :** 12/31/2017

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 01/16/2018 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-13555 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Klein, Robert | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *06/27/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor (check returned NSF and replaced by check dated 7/14/17) | 1110-003 | 20,000.00 | | 20,000.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 19,985.00 |
| 07/05/2017 | | Texas Capital Bank | Bank Service Fee Refund | 2600-000 | | (15.00) | 20,000.00 |
| 07/05/2017 | | Texas Capital Bank | Bank Service Fee Refund | 2600-000 | | (5.00) | 20,005.00 |
| 07/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 5.00 | 20,000.00 |
| 07/14/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor per order 7/21/17 [dkt 31] | | 20,000.00 | | 40,000.00 |
| | [1] | | Equity in 511 W. Thornwood Dr.   17,993.43 | 1110-000 | | | |
| | [13] | | Equity in 2012 Chrysler 300c   1,168.90 | 1129-000 | | | |
| | [8] | | Equity in Checking Checking at Fifth Third Bank for rental properties   500.00 | 1129-000 | | | |
| | | | | Page Subtotals | 40,000.00 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-13555 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Klein, Robert | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/16/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [10] | | Equity in Money Market Chase Bank 150.00 | 1129-000 | | | |
| | [9] | | Equity in Kane County Credit Union Account 187.67 | 1129-000 | | | |
| *07/14/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor (check returned NSF and replaced by check dated 7/14/17) | 1110-003 | (20,000.00) | | 20,000.00 |
| 07/26/2017 | 51001 | Marina Treviso<br>507 Westwood Drive<br>Wheaton, IL 60187 | Consulting Fee Allowed per Court Order dated July 21, 2017 [dkt 33] | 3731-000 | | 750.00 | 19,250.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.83 | 19,230.17 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 26.87 | 19,203.30 |
| | | | | Page Subtotals | 0.00 | 796.70 | |

|  |  |  |
|---|---:|---:|
| **COLUMN TOTALS** | 20,000.00 | 796.70 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 20,000.00 | 796.70 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 20,000.00 | 796.70 |

UST Form 101-7-TFR (5/1/2011) (Page 6)

**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 17-13555 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Klein, Robert | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/16/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | |
|---|---|---|---|---|---|
| | | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 20,000.00 | | | | |
| All Accounts Gross Disbursements: | 796.70 | | ******5294 Checking Account | 20,000.00 | 796.70 | |
| All Accounts Net: | 19,203.30 | | **Net Totals** | 20,000.00 | 796.70 | 19,203.30 |

Case: 17-13555
Klein, Robert

Case 17-13555    Doc 38    Filed 01/18/18    Entered 01/18/18 15:44:22    Desc Main
Document    Page 8 of 10

CLAIMS REGISTER

EXHIBIT C Page 1

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest (i) | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 19,203.30 |
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago IL 60602 | 2100-000 ADMIN | 100 | 2,258.21 | 0.00 | 2,258.21 | 2,258.21 | 16,945.09 |
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago IL 60602 | 2200-000 ADMIN | 100 | 33.25 | 0.00 | 33.25 | 33.25 | 16,911.84 |
| | Baldi Berg, Ltd. 20 N. Clark St., Suite 200 Chicago IL 60602 | 3110-000 ADMIN | 100 | 3,924.00 | 0.00 | 3,924.00 | 3,924.00 | 12,987.84 |
| | Marina Treviso 507 Westwood Drive Wheaton IL 60187 | 3731-000 ADMIN | 100 | 750.00 | 750.00 | 0.00 | 0.00 | 12,987.84 |
| ADMINISTRATIVE TOTAL | | | | 6,965.46 | 750.00 | 6,215.46 | 6,215.46 | |
| 00001 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355 | 7100-000 UNSEC | 710 | 1,887.75 | 0.00 | 1,887.75 16.78 (i) | 1,904.53 | 11,083.31 |
| 00002 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355 | 7100-000 UNSEC | 710 | 2,535.89 | 0.00 | 2,535.89 22.54 (i) | 2,558.43 | 8,524.88 |
| 00003 | Citibank, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland WA 98083 | 7100-000 UNSEC | 710 | 499.80 | 0.00 | 499.80 4.44 (i) | 504.24 | 8,020.64 |
| 00004 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | 7100-000 UNSEC | 710 | 714.71 | 0.00 | 714.71 6.35 (i) | 721.06 | 7,299.58 |
| 00005 | Citibank, N.A. c/o Quantum3 Group LLC PO Box 280 Kirkland WA 98083 | 7100-000 UNSEC | 710 | 486.41 | 0.00 | 486.41 4.32 (i) | 490.73 | 6,808.85 |
| 00006 | Comenity Capital BankPaypal Credit C O WEINSTEIN & RILEY, PS 2001 Western Ave Ste 400 Seattle WA 98121 | 7100-000 UNSEC | 710 | 1,874.31 | 0.00 | 1,874.31 16.66 (i) | 1,890.97 | 4,917.88 |
| 9999 | Klein, Robert 511 W THORNWOOD DR SOUTH ELGIN IL 60177-3740 | 8200-002 SURPLUS | 999 | 4,917.88 | 0.00 | 4,917.88 | 4,917.88 | 0.00 |
| UNSECURED TOTAL | | | | 12,916.75 | 0.00 | 12,916.75 71.09 (i) | 12,987.84 | |
| CASE TOTAL | | | | 19,882.21 | 750.00 | 19,132.21 71.09 (i) | 19,203.30 | |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from 04/28/17 through 02/28/18 at a rate of 1.06 % (annualized simple interest).

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-13555
Case Name:   Klein, Robert

Trustee Name:   Elizabeth C Berg

Balance on Hand $19,203.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 2,258.21 | $ 0.00 | $ 2,258.21 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 33.25 | $ 0.00 | $ 33.25 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 3,924.00 | $ 0.00 | $ 3,924.00 |
| Other: Marina Treviso | $ 750.00 | $ 750.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,215.46

Remaining Balance $ 12,987.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,998.87 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Capital One, N.A. c/o Becket and Lee | $ 1,887.75 | $ 0.00 | $ 1,887.75 |
| 00002 | American Express Centurion Bank c/o | $ 2,535.89 | $ 0.00 | $ 2,535.89 |
| 00003 | Citibank, N.A. c/o Quantum3 Group | $ 499.80 | $ 0.00 | $ 499.80 |
| 00004 | Synchrony Bank c/o PRA Receivables | $ 714.71 | $ 0.00 | $ 714.71 |
| 00005 | Citibank, N.A. c/o Quantum3 Group | $ 486.41 | $ 0.00 | $ 486.41 |
| 00006 | Comenity Capital BankPaypal Credit C | $ 1,874.31 | $ 0.00 | $ 1,874.31 |
| Total to be paid to timely general unsecured creditors | | | | $ 7,998.87 |
| Remaining Balance | | | | $ 4,988.97 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.06% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $71.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $4,917.88.