UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Klein, Robert § Case No. 17-13555
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $236,700.00 (Without deducting any secured claims) | Assets Exempt: $138,848.22 |
| Total Distributions to Claimants: $8,069.96 | Claims Discharged Without Payment: $30,068.00 |
| Total Expenses of Administration: $7,012.16 | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,917.88 (see **Exhibit 2**), yielded net receipts of $15,082.12 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $531,609.11 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $7,012.16 | $7,012.16 | $7,012.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $36,294.39 | $7,998.87 | $7,998.87 | $8,069.96 |
| **TOTAL DISBURSEMENTS** | $567,903.50 | $15,011.03 | $15,011.03 | $15,082.12 |

4) This case was originally filed under chapter 7 on 04/28/2017. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   03/06/2018              By:   /s/ Elizabeth C Berg
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 511 W. Thornwood Dr. | 1110-000 | $17,993.43 |
| Checking Checking at Fifth Third Bank for rental properties | 1129-000 | $500.00 |
| Checking Checking at Kane County Teachers Credit Union | 1129-000 | $187.67 |
| Money Market Chase Bank | 1129-000 | $150.00 |
| 2012 Chrysler 300c | 1129-000 | $1,168.90 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Klein, Robert | Disb of 100.00% to Claim #9999 | 8200-002 | $4,917.88 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,917.88** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Treasurer | | $4,800.00 | NA | NA | $0.00 |
| | PNC Bank | | $46,916.00 | NA | NA | $0.00 |
| | PNC Bank, N.A. | | $75,118.11 | NA | NA | $0.00 |
| | Seterus Inc | | $178,302.00 | NA | NA | $0.00 |
| | Wells Fargo DealerServices | | $14,670.00 | NA | NA | $0.00 |
| | Wells Fargo Hm Mortgag | | $211,803.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$531,609.11** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,258.21 | $2,258.21 | $2,258.21 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $3,924.00 | $3,924.00 | $3,924.00 |
| Marina Treviso | 3731-000 | NA | $750.00 | $750.00 | $750.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $33.25 | $33.25 | $33.25 |
| Texas Capital Bank | 2600-000 | NA | $46.70 | $46.70 | $46.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,012.16 | $7,012.16 | $7,012.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | Comenity Capital BankPaypal | 7100-000 | $0.00 | $1,874.31 | $1,874.31 | $1,874.31 |
| 00006 | Comenity Capital BankPaypal | 7990-000 | $0.00 | NA | NA | $16.66 |
| 00005 | Citibank, N.A. c/o Quantum3 | 7100-000 | $439.00 | $486.41 | $486.41 | $486.41 |
| 00005 | Citibank, N.A. c/o Quantum3 | 7990-000 | $0.00 | NA | NA | $4.32 |
| 00004 | Synchrony Bank c/o PRA | 7100-000 | $946.00 | $714.71 | $714.71 | $714.71 |
| 00004 | Synchrony Bank c/o PRA | 7990-000 | $0.00 | NA | NA | $6.35 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | Citibank, N.A. c/o Quantum3 | 7100-000 | $464.00 | $499.80 | $499.80 | $499.80 |
| 00003 | Citibank, N.A. c/o Quantum3 | 7990-000 | $0.00 | NA | NA | $4.44 |
| 00002 | American Express Centurion | 7100-000 | $2,561.39 | $2,535.89 | $2,535.89 | $2,535.89 |
| 00002 | American Express Centurion | 7990-000 | $0.00 | NA | NA | $22.54 |
| 00001 | Capital One, N.A. c/o Becket and | 7100-000 | $1,816.00 | $1,887.75 | $1,887.75 | $1,887.75 |
| 00001 | Capital One, N.A. c/o Becket and | 7990-000 | $0.00 | NA | NA | $16.78 |
|  | Amex |  | $2,463.00 | NA | NA | $0.00 |
|  | Chase Card |  | $6,065.00 | NA | NA | $0.00 |
|  | Chase Card |  | $5,743.00 | NA | NA | $0.00 |
|  | Credit Control Service, Inc. |  | $50.00 | NA | NA | $0.00 |
|  | Credit Control Service, Inc. |  | $50.00 | NA | NA | $0.00 |
|  | Credit Control Service, Inc. |  | $50.00 | NA | NA | $0.00 |
|  | Dept Store National Bank/Macy's |  | $115.00 | NA | NA | $0.00 |
|  | Fifth Third Bank |  | $15,309.00 | NA | NA | $0.00 |
|  | IC Systems, Inc |  | $121.00 | NA | NA | $0.00 |
|  | Keynote Consulting |  | $102.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $36,294.39 | $7,998.87 | $7,998.87 | $8,069.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-13555  
Case Name: Klein, Robert  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 04/28/2017 (f)  
341(a) Meeting Date: 06/05/2017  
For Period Ending: 03/06/2018  
Claims Bar Date: 09/07/2017  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 511 W. Thornwood Dr. | 320,000.00 | 20,500.00 |  | 17,993.43 | FA |
| 2. 431 Addison | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 396 McClure Ave | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Necessary Wearing Apparel | 500.00 | 0.00 |  | 0.00 | FA |
| 5. Wedding ring | 200.00 | 0.00 |  | 0.00 | FA |
| 6. Cash | 300.00 | 0.00 |  | 0.00 | FA |
| 7. Checking, savings at Chase | 500.00 | 0.00 |  | 0.00 | FA |
| 8. Checking Checking at Fifth Third Bank for rental properties | 500.00 | 500.00 |  | 500.00 | FA |
| 9. Checking Checking at Kane County Teachers Credit Union | 187.67 | 187.67 |  | 187.67 | FA |
| 10. Money Market Chase Bank | 150.00 | 150.00 |  | 150.00 | FA |
| 11. RJK LTD - Law Office % | 0.00 | 0.00 |  | 0.00 | FA |
| 12. SEP IRA | 117,148.22 | 0.00 |  | 0.00 | FA |
| 13. 2012 Chrysler 300c | 14,500.00 | 1,330.00 |  | 1,168.90 | FA |
| 14. 2001 Toyota Landcruiser | 5,500.00 | 0.00 |  | 0.00 | FA |
| 15. 1/2 interest in Furniture, Furnishings and Supplies | 750.00 | 0.00 |  | 0.00 | FA |
| 16. Television, misc electronics | 300.00 | 0.00 |  | 0.00 | FA |
| 17. Sports Jerseys | 350.00 | 0.00 |  | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-13555 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Klein, Robert | | Date Filed (f) or Converted (c): 04/28/2017 (f) |
| | | 341(a) Meeting Date: 06/05/2017 |
| For Period Ending: 03/06/2018 | | Claims Bar Date: 09/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 695,885.89 | 22,667.67 | | 20,000.00 | 0.00 |

Re Prop. #1   Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #2   Abandoned per order 7/21/17 [dkt 32]
Re Prop. #3   Abandoned per order 7/21/17 [dkt 32]
Re Prop. #8   Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #9   Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #10  Sold back to Debtor per order 7/21/17 [dkt 31]
Re Prop. #13  Sold back to Debtor per order 7/21/17 [dkt 31]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**January 16, 2018: TFR submitted to UST**

**December 28, 2017: Trustee reviewed and verified claims; Trustee prepared her TFR.**

**September 30, 2017: Trustee collected sales proceeds. Following expiration of the governmental bar date on 10/25/17, Trustee will review claims and prepare her TFR.**

**July 3, 2017: Trustee sold interest in real and personal property back to Debtor for $20,000.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 17-13555 | **Judge:** Janet S. Baer | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Klein, Robert | | **Date Filed (f) or Converted (c):** 04/28/2017 (f) |
| | | **341(a) Meeting Date:** 06/05/2017 |
| **For Period Ending:** 03/06/2018 | | **Claims Bar Date:** 09/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2017     **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**    /s/Elizabeth C Berg       **Date:** 03/06/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13555 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | Klein, Robert | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *06/27/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor (check returned NSF and replaced by check dated 7/14/17) | 1110-003 | 20,000.00 | | 20,000.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 19,985.00 |
| 07/05/2017 | | Texas Capital Bank | Bank Service Fee Refund | 2600-000 | | (15.00) | 20,000.00 |
| 07/05/2017 | | Texas Capital Bank | Bank Service Fee Refund | 2600-000 | | (5.00) | 20,005.00 |
| 07/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 5.00 | 20,000.00 |
| 07/14/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor per order 7/21/17 [dkt 31] | | 20,000.00 | | 40,000.00 |
| | [1] | | Equity in 511 W. Thornwood Dr.     17,993.43 | 1110-000 | | | |
| | [13] | | Equity in 2012 Chrysler 300c       1,168.90 | 1129-000 | | | |
| | [8] | | Equity in Checking Checking at Fifth Third Bank for rental properties     500.00 | 1129-000 | | | |
| | | | Page Subtotals | | 40,000.00 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13555 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Klein, Robert | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [10] | | Equity in Money Market Chase Bank  150.00 | 1129-000 | | | |
| | [9] | | Equity in Kane County Credit Union Account  187.67 | 1129-000 | | | |
| *07/14/2017 | | Robert Klein<br>511 W. Thornwood Drove<br>South Elgin, IL 60177 | Sale of Non-Exempt Assets to Debtor (check returned NSF and replaced by check dated 7/14/17) | 1110-003 | (20,000.00) | | 20,000.00 |
| 07/26/2017 | 51001 | Marina Treviso<br>507 Westwood Drive<br>Wheaton, IL 60187 | Consulting Fee Allowed per Court Order dated July 21, 2017 [dkt 33] | 3731-000 | | 750.00 | 19,250.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 19.83 | 19,230.17 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 26.87 | 19,203.30 |
| 02/19/2018 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 2,258.21 | 16,945.09 |
| | | | Page Subtotals | | 0.00 | 3,054.91 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13555 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Klein, Robert | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/19/2018 | 51003 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 33.25 | 16,911.84 |
| 02/19/2018 | 51004 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 3,924.00 | 12,987.84 |
| 02/19/2018 | 51005 | Klein, Robert<br>511 W THORNWOOD DR<br>SOUTH ELGIN, IL 60177-3740 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 4,917.88 | 8,069.96 |
| 02/19/2018 | 51006 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 100.89% to Claim #00001 | | | 1,904.53 | 6,165.43 |
| | | | | (1,887.75) | 7100-000 | | |
| | | | | (16.78) | 7990-000 | | |
| 02/19/2018 | 51007 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Disb of 100.89% to Claim #00002 | | | 2,558.43 | 3,607.00 |
| | | | | (2,535.89) | 7100-000 | | |
| | | | | (22.54) | 7990-000 | | |
| | | | | Page Subtotals | 0.00 | 13,338.09 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13555 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Klein, Robert | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/19/2018 | 51008 | Citibank, N.A. c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | Disb of 100.89% to Claim #00003 | | | 504.24 | 3,102.76 |
| | | | (499.80) | 7100-000 | | | |
| | | | (4.44) | 7990-000 | | | |
| 02/19/2018 | 51009 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 100.89% to Claim #00004<br>Pay to address<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41031<br>Norfolk, VA 23541 | | | 721.06 | 2,381.70 |
| | | | (714.71) | 7100-000 | | | |
| | | | (6.35) | 7990-000 | | | |
| 02/19/2018 | 51010 | Citibank, N.A. c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | Disb of 100.89% to Claim #00005 | | | 490.73 | 1,890.97 |
| | | | (486.41) | 7100-000 | | | |
| | | | (4.32) | 7990-000 | | | |
| | | | | Page Subtotals | 0.00 | 1,716.03 | |

UST Form 101-7-TDR (10/1/2010) (Page 12)                                                                                                      **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-13555 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Klein, Robert | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5294 Checking Account |
| Taxpayer ID No: | **-***7683 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) | |
| 02/19/2018 | 51011 | Comenity Capital BankPaypal Credit C O WEINSTEIN & RILEY, PS 2001 Western Ave Ste 400 Seattle, WA 98121 | Disb of 100.89% to Claim #00006 Pay to: C O WEINSTEIN & RILEY, PS PO BOX 3978 SEATTLE, WA 98124 | | | 1,890.97 | 0.00 |
| | | | (1,874.31) | 7100-000 | | | |
| | | | (16.66) | 7990-000 | | | |

| | | Page Subtotals | 0.00 | 1,890.97 |
|---|---|---|---|---|
| | **COLUMN TOTALS** | | 20,000.00 | 20,000.00 |
| | Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| | **SUBTOTALS** | | 20,000.00 | 20,000.00 |
| | Less: Payments to Debtors | | | 4,917.88 |
| | **Net** | | 20,000.00 | 15,082.12 |

| | | | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 20,000.00 | **TOTAL-ALL ACCOUNTS** | | | |
| All Accounts Gross Disbursements: | 20,000.00 | ******5294 Checking Account | 20,000.00 | 20,000.00 | |
| All Accounts Net: | 0.00 | **Net Totals** | 20,000.00 | 20,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 13)                            **Exhibit 9**